Form 704-8B
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:   Christopher Paul Hopkins                               Case No. 10-60423
         Deborah Ann Hopkins

                                                                Chapter 7
                    Debtor(s)

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1.     Distribution to creditors in an amount of less than Five Dollars ($5.00) is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2.     The Trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than $5.00 would have been made if ordered by the Court.

3.     That the Trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than $5.00 is attached with the request that such funds be deposited in the U.S. Treasury.

Date:  October 11, 2011                         William F. Schneider, Trustee


                                    By:    **/s/ William F. Schneider**
                                           William F. Schneider
                                           P.O. Box 739
                                           Lynchburg, VA  24505
                                           434.528.0411
                                           434.845.3666 (FAX)

Form 704-8B
Rev. 1/05

| Creditor Address | Amount |
|---|---|
| American Infosource LP As Agent for World Financial Network National Bank As Victoria's Secret PO Box 248872 Oklahoma City, OK  73124-8872 | $2.46 |
| Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA  98111-9221 | $0.92 |
| Recovery Management Systems Corporation For GE Money Bank, dba American Eagle 25 SE 2nd Ave., Ste. 1120 Miami, FL  33131 | $1.97 |
| Verizon PO Box 3037 Bloomington, IL  61702-3037 | $0.73 |
| Verizon Wireless PO Box 3397 Bloomington, IL  61702-3397 | $1.12 |